

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00266-CR

## IN RE CHARLES ROBERT BLAKE

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relator, Charles Robert Blake, petitioned this Court to order the trial court to rule on relator's "Request for Appointment of Counsel Pursuant to Article 64, Code of Criminal Procedure." We requested a response from the real party in interest, but also noted that if a ruling on relator's motion had been made before the due date of the response, a copy of the ruling may be provided in lieu of a response.

The Court was provided a copy of the trial court's ruling on relator's motion. Accordingly, since a ruling has been made, relator's petition for writ of mandamus is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition dismissed as moot
Opinion delivered and filed August 28, 2019
Do not publish
[OT06]

